**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-02187-GPG
(**The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.**)


BRADLEY RYAN KENDRICK,

     Plaintiff,

v.

7-ELEVEN, INC.,

     Defendant.

_____

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**
_____


     Plaintiff Bradley Ryan Kendrick currently is detained at the Boulder County Jail in

Boulder, Colorado.  On October 1, 2015, Plaintiff submitted a Title VII Complaint (ECF

No. 1), the first page of the Prisoner's Motion and Affidavit for Leave to Proceed

Pursuant to 28 U.S.C. § 1915 (ECF No. 3), and an Application to Proceed in District

Court Without Prepaying Fees or Costs (ECF No. 4).  As part of the Court's review

pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the submitted

documents are deficient as described in this Order.  Plaintiff will be directed to cure the

following if he wishes to pursue this action.  Any papers that Plaintiff files in response to

this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)    ___    is not submitted
(2)    ___    is missing affidavit

(3)     X     is missing certified copy of prisoner's trust fund statement for the **6-month period immediately preceding** this filing
(4)     __     is missing certificate showing current balance in prison account
(5)     __     is missing required financial information
(6)     X     is missing authorization to calculate and disburse filing fee payments
(7)     X     is missing an original signature by the prisoner
(8)     __     is not on proper form
(9)     __     names in caption do not match names in caption of complaint, petition or habeas application
(10)   X     other: is incomplete because Plaintiff only submitted the first page of the motion and affidavit.

**Complaint, Petition or Application**:
(11)   __     is not submitted
(12)   __     is not on proper form
(13)   __     is missing an original signature by the prisoner
(14)   __     is missing page nos. __
(15)   __     uses et al. instead of listing all parties in caption
(16)   __     names in caption do not match names in text
(17)   __     addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18)   X     other: is incomplete because Plaintiff did not complete the Administrative Procedures section on page 2 of the Title VII Complaint form.

Accordingly, it is

ORDERED that if Plaintiff desires to proceed with this action at this time he shall

cure the deficiencies designated above **within thirty days** from the date of this Order.

Any papers that Plaintiff files in response to this Order must include the civil action

number on this Order.  It is

FURTHER ORDERED that Plaintiff obtain the Title VII Complaint form and

Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form

(revised 10/1/12) along with the applicable instructions at www.cod.uscourts.gov.

Plaintiff must use the Court-approved forms when curing the deficiencies.  It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies

**within thirty days from the date of this Order** the action will be dismissed without

further notice.

DATED October 6, 2015, at Denver, Colorado.

BY THE COURT:

 s/ Gordon P. Gallagher
United States Magistrate Judge